UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:

Georgina Macias

Case No.   12-40950-LMI

Chapter 7

_____/

# TRUSTEE'S EX-PARTE APPLICATION TO EMPLOY AUCTIONEER PURSUANT TO LOCAL RULE 9013-1(C)(3) AND 11 U.S.C §327 NUNC PRO TUNC TO FEBRUARY 12, 2013

The Trustee, Maria M. Yip hereby files this Ex-Parte Application to Employ Auctioneer pursuant to Local Rule 9013-1(C)(3) and 11 U.S.C. §327 Nunc Pro Tunc to February 12, 2013 and in support thereof states:

1. The Trustee is the owner of personal property previously owned by the Debtors known as:

    2007 Honda Element EX VIN xxxx0590

2. In order to market the sale of the Honda more effectively and thereby liquidate it for the best and highest price, the Trustee wishes to employ an auctioneer.

3. The Trustee believes that the retention of Stampler Auctions (the "Auctioneer") is in the best interest of the bankruptcy estate.

4. The Auctioneer has, on the Trustee's behalf, examined the vehicle and has agreed to auction the vehicle and otherwise represent the estate and seller in connection with the sale of the vehicle.

5.     The Trustee is satisfied from the affidavit attached hereby as Exhibit "A" that the Auctioneer is disinterested as required by 11 U.S.C. §101(4).

6.     The Trustee seeks authority to employ the Auctioneer, and to pay an expense reimbursement not to exceed $250.00. The Auctioneer will not receive a percentage of the gross revenue from the Estate, but will charge a buyer's premium of ten percent (10%).

7.     The Trustee will be selling the property as is, where is, with no representations or warranties and only upon approval by the Bankruptcy Court.

**WHEREFORE**, the Trustee, Maria Yip, pursuant to 11 U.S.C. §327 and Local Rule 9013-1(C)(3) requests that the Court enter an Ex-Parte Order in Chambers approving the application to employ the auctioneer upon the terms and conditions stated herein.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

Dated: February 12, 2013

Denise M. Blackwell-Pineda on behalf of Debtor Georgina Macias
deniseb@aloslawfirm.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Signed:   /s/ Maria M. Yip, Trustee
Maria M. Yip, Trustee
201 Alhambra Circle, Suite 501
Coral Gables, FL 33134
Telephone: 305-908-1862
Facsimile: 786-800-3903
trustee@yiplevi.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:  CASE NO. 12-40950-BKC-LMI

GEORGINA MACIAS

    Debtor.
_____/

## AFFIDAVIT OF AUCTIONEER

BEFORE ME, the undersigned authority, this date personally appeared Harry Stampler who being first duly sworn under oath, deposes and states:

1.    That I am an officer of STAMPLER AUCTIONS, and am authorized to make this declaration on behalf of the corporation in accordance with Rule 2014 F.R.B.P. and in compliance with Administrative Order 92-5.

2.    That neither I nor STAMPLER AUCTIONS nor any of its officers or directors have any connection to the Debtor, the Debtor's estate, Trustee, Maria Yip ("Trustee") or the U.S. Trustee, and that same are disinterested persons within the meaning of 11 U.S.C. Section 327(a).

3.    That STAMPLER AUCTIONS is duly licensed, covered by the Florida Auctioneer Recovery Fund, bonded as an auctioneer and is authorized to conduct auctions in the State of Florida pursuant to Florida Statutes Section 468.381 et seq. True copies of said license and bond are attached hereto.

4.    That in addition to the foregoing, I have attached hereto a copy of an annual blanket bond in the amount of $500,000 (five hundred thousand dollars), which is an amount greater than the revenues expected to be generated by the

1

auction of the property. The bonds are issued by a federally approved surety company and in favor of the United States of America.

5. That I have read the Application of the Trustee regarding the retention and compensation of STAMPLER AUCTIONS and agree to be bound by the terms and conditions represented therein.

6. The property subject to this proposed auction will not be sold together with any non-bankruptcy property.

7. That I further understand that the Court, in its discretion, may alter the terms and conditions of employment and compensation as it deems appropriate.

By: _____
HARRY STAMPLER, PRESIDENT


SWORN TO AND SUBSCRIBED before me this 12 day of Feb, 2013.

_____
Notary Public, State of Florida
My Commission Expires:



CARRIE CASEY
MY COMMISSION # DD 949912
EXPIRES: May 2, 2014
Bonded Thru Notary Public Underwriters

2